THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY JEROME, Appellant, et al., Defendants. — Judgment unanimously affirmed. We find no merit in any of the assignments of error raised by the appellant. We discuss only one point. Assuming that there was a variance between the pleadings and the proof as to the amount of the bribe involved in the 8th count of the indictment, such variance would not seem material. The amount of the money paid was not an essential element of the crime. There is no indication that the defendants were misled with respect to preparation of their defense and they ran no risk of double jeopardy with respect to any such bribe. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ.

■

DAPHNE ELLIOTT, Respondent, v. PROCKTER PRODUTIONS, INC., Appellant.— Plaintiff may not join a cause of action for breach of contract and a cause of action based on an alleged settlement of the cause of action for breach of contract. This is not a matter of pleading but a matter of substantive law. Plaintiff has an election between an action on the contract and an action on an executory accord (Personal Property Law, § 33-a, subd. 3). Plainly he may not pursue both or present both to the court. The alternatives are not to be presented in a pleading but represent a choice which must be made by the plaintiff in advance of pleading. Orders unanimously modified to require the plaintiff to make an election between the two causes of action and to serve an amended complaint accordingly. Settle orders on notice. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ. [See post, p. 761.]

■

In the Matter of the Application of HARRY HOROWITZ, for Admission to the Bar.— Application denied without prejudice to a renewal thereof as stated in the order. Present — Peck, P. J., Cohn, Callahan, Breitel and Bergan, JJ.

■

ALFRED KAHN, Appellant, v. ARTHUR GRAEF, Individually and Doing Business as A & E TRUCKING COMPANY, et al., Respondents, et al., Defendants. (Action No. 1.) ARTHUR B. GRAEF, Doing Business as A & E TRUCKING COMPANY, Appellant, v. ALFRED KAHN et al., Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ. [See 281 App. Div. 968.]

■

HAROLD E. INGRAM et al., v. HARRIS S. BIGELOW et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See ante, p. 667.]

■

In the Matter of MAE DIAMOND, Appellant. JAROLD SHOPS, INC., Respondent. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See ante, p. 665.]